## MARTIN PETCOFF and Others v. ST. PAUL CITY RAILWAY COMPANY.[1]

December 26, 1913.

Nos. 18,315—(162).

**Joinder of causes of action.**

Causes of action against more than one defendant, based upon concurrent negligence of all of them, where the facts are identical as to time, place and result in causing decedent's death, may be united. [Reporter.]

Action in the district court for Ramsey county by the administrators of the estate of Nicholas Jordanoff, deceased, to recover $7,500 for the death of their intestate. From an order, Dickson, J., overruling the separate demurrer of defendant St. Paul City Railway Company to the complaint, it appealed. Affirmed.

*W. D. Dwyer,* for appellant.

*Schmidt & Waters* and *Gustavus Loevinger,* for respondents.

PER CURIAM.

Action to recover damages for the death of plaintiff's intestate, alleged to have been caused by the negligence of defendants. The railway company appealed from an order overruling its separate demurrer to the complaint, interposed upon the ground that two causes of action were improperly joined.

The facts alleged concerning the negligence of both defendants are identical as to time, place, and result in causing decedent's death; and hence present causes of action based upon concurrent negligence, which may be united. Appellant's contentions to the contrary are ruled adversely in Mayberry v. Northern Pacific Ry. Co. 100 Minn. 79, 110 N. W. 356; Fortmeyer v. National Biscuit Co. 110 Minn. 158, 133 N. W. 461, and Jackson v. Orth Lumber Co. 121 Minn. 461, 141 N. W. 518.

Order affirmed.

[1] Reported in 144 N. W. 474.